IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

SCOTT WHITE                                                                                    PLAINTIFF

      v.                    CIVIL No. 3:12-cv-03137-JRM

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                    DEFENDANT

## JUDGMENT

For reasons stated in an order of this date, the undersigned dismisses Plaintiff's case without prejudice.

IT IS SO ORDERED this 15th day of March 2013.

*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)